# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **TRACY ARLENE SMITH,** | } | |
| Petitioner, | } | |
| v. | } | Case No.: 7:22-cv-00929-RDP-JHE |
| **WARDEN NEELY,** | } | |
| Respondent. | } | |

## MEMORANDUM OPINION

On July 14, 2023, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 11). On July 27, 2023, the Magistrate Judge granted Petitioner's motion for an extension of time to file objections to the Report and Recommendation. (Doc. # 13). The extended time for Petitioner to object has passed and no objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the petition for writ of habeas corpus be denied.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 21, 2023.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE